█ In the Matter of KIMBERLY A. CALVERASE, Appellant, v SHANNON E. TRICE, Respondent. [864 NYS2d 350]—Appeal from an order of the Family Court, Onondaga County (Robert J. Rossi, J.), entered March 1, 2007 in a proceeding pursuant to Family Court Act article 4. The order denied petitioner's objections to an order of the Support Magistrate that dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.